# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Shenzhen Xinsenlin Technology Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A, <br><br> Defendants. | Case No.: 1:24-cv-05505 <br><br> Hon. Judge Lindsay C. Jenkins <br><br> Mag. Judge Jeannice W. Appenteng |

## Notice of Appeal

**PLEASE TAKE NOTICE** that guiersi, WSTOO, Shen Zhen Shi SaiTenShiDai Ke Ji You Xian Gong Si d/b/a SaitenUS, Snorkeling Collector-US, Cozia Design, Shenzhen rhsda International Trade Co. LTD d/b/a ronghsdus20, Gintenco-US, Songxin Products, qingdaohuazhimingkejiyouxiangongsi d/b/a Viginsul-US, Snorkeling Gear For Adults and Kids, qingdaodangrandianzikejiyouxiangongsi, Qingsong tiyu, BOKEFA, and fournet Shop ("Defendants"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's order granting Plaintiff's motion for entry of preliminary injunction entered on September 24, 2024.

Dated this October 24, 2024

Respectfully Submitted,

/s/Brian M. Swift
Brian M. Swift
Adam E. Urbanczyk
AU LLC
444 W. Lake St., 17th Floor
Chicago, IL 60606
(312) 715-7312
brians@au-llc.com
adamu@au-llc.com
*Counsel for Defendants*