**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Xinsenlin Technology Co., Ltd., </br></br>　　　　　　　　　　　Plaintiff, </br></br> v. </br></br> The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A, </br></br>　　　　　　　　　　　Defendants. | Case No.: 1:24-cv-05505 </br></br> Hon. Judge Lindsay C. Jenkins </br></br> Mag. Judge Jeannice W. Appenteng |

**Docketing Statement**

Defendants / Appellants guiersi, WSTOO, Shen Zhen Shi SaiTenShiDai Ke Ji You Xian Gong Si d/b/a SaitenUS, Snorkeling Collector-US, Cozia Design, Shenzhen rhsda International Trade Co. LTD d/b/a ronghsdus20, Gintenco-US, Songxin Products, qingdaohuazhimingkejiyouxiangongsi d/b/a Viginsul-US, Snorkeling Gear For Adults and Kids, qingdaodangrandianzikejiyouxiangongsi, Qingsong tiyu, BOKEFA, and fournet Shop provide the following information pursuant to Seventh Circuit Rule 3(c)(1):

1. The District Court has jurisdiction in this case under 28 U.S.C. § 1338 as Plaintiff / Appellee's claims arise under the Patent Act, 35 U.S.C. 101 et seq. The District Court also has jurisdiction in this case under 28 U.S.C. §§ 1338 as Plaintiff / Appellee's claims arise under the Trademark Act of 1946, 15 U.S.C. 1051 et seq.

2. The Seventh Circuit Court of Appeals has jurisdiction over Defendants / Appellants' appeal under 28 U.S.C. § 1292(a)(1). The District Court entered a Preliminary Injunction Order applicable to Defendants on September 24, 2024 [Dkt. 74].

3. On October 14, 2024, Defendants / Appellants Cozia Design, Songxin Products, Shen Zhen Shi SaiTenShiDai Ke Ji You Xian Gong Si d/b/a SaitenUS, WSTOO,

qingdaodangrandianzikejiyouxiangongsi, qingdaohuazhimingkejiyouxiangongsi d/b/a Viginsul-US, Shenzhen rhsda International Trade Co. LTD, Qingsong tiyu, guiersi, Snorkeling Collector-US, and Gintenco-US filed a motion to modify the asset restraint entered by the District Court's September 24, 2024, order. [Dkt. 82]. The October 14, 2024, motion did not contain any arguments or factual issues raised or decided in granting the District Court's September 24, 2024, order or arguments or factual issues that will be raised in the appeal.

4. Defendants / Appellants filed a time notice of appeal on October 24, 2024. [Dkt. 85].

5. The merits of Plaintiff / Appellee's claims against all defendants in the case, including Defendants / Appellants, remain pending before the District Court. Defendants / Appellants' appeal challenges only the propriety and scope of the injunctive relief granted in the District Court's September 24, 2024, order, for the reasons stated therein and in the District Court's September 11, 2024 minute entry [Dkt. 68] and the District Court's September 24, 2024, minute entry [Dkt. 73] on which its September 24, 2024, order relied.

6. Defendants/Appellants are aware of no other related appeals pending before the Court of Appeals.

Dated this October 24, 2024

Respectfully Submitted,

/s/Brian M. Swift
Brian M. Swift
Adam E. Urbanczyk
AU LLC
444 W. Lake St., 17th Floor
Chicago, IL 60606
(312) 715-7312
brians@au-llc.com
adamu@au-llc.com
*Counsel for Defendants / Appellants*